Case 7:20-cv-00014   Document 11   Filed on 02/07/20 in TXSD   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

|  |  |
|---|---|
| DAVID VALENCIA, | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 7:20-cv-00014 |
|  | ) |
| KLF MANAGEMENT, | ) |
|  | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KLF MANAGEMENT
3400 North McColl Road, Suite F-22
McAllen, Texas 78501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, Clerk of Court

Date: February 7, 2020



s/ Jennifer Nogueira

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  7:20-cv-00014

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  KLF Management

was received by me on *(date)*  2/11/20 .

☑ I personally served the summons on the individual at *(place)*  3400 North McColl Rd,
Suite F-22  McAllen, TX 78501   on *(date)*  2/11/20 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  2/11/20
        4:33pm

_S.J. Castillo_ PSC #11877
*Server's signature*

Santiago Castillo  civil process server - PI
*Printed name and title*

P.O. Box 5656 McAllen, TX 78502
*Server's address*

Additional information regarding attempted service, etc:

